United States District Court
Southern District of Texas
**ENTERED**
January 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAFETY VISION LLC, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-02617 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| SOLID WASTE SERVICES INC d/b/a J.P. MASCARO & SONS, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated November 30, 2022. Dkt 12. No party filed objections.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

2

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 12.

The motion by Defendant Solid Waste Services Inc to dismiss is GRANTED. Dkt.2.

All claims asserted by Plaintiff Safety Vision LLC against Solid Waste Services are DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

A final judgment will issue by separate order.

SO ORDERED.

Signed on January 10, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge